IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRU K. "KEN" HSU,

        Plaintiff,

v.

UBS Financial Services, Inc.

        Defendant.

CASE NO. 3:11-cv-02076

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

David P. Meyer, whose business address and telephone number is

David P. Meyer & Associates Co., LPA
1320 Dublin Road, Suit 100, Columbus, Ohio 43215
(614) 224-6000

and who is an active member in good standing of the bar of the Ohio Supreme Court having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the Plaintiff.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: May 19, 2011.

                                                                 Hon. William Alsup
                                                                 United States District Judge