United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRU K. HSU, individually and as Trustee of the Darru K. Hsu and Gina T. Hsu Living Trust U / A05 / 05 / 03, also known as Ken,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBS FINANCIAL SERVICES, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 11-02076 WHA<br><br>**ORDER DENYING STIPULATION TO ENLARGE TIME FOR BRIEFING ON MOTION TO DISMISS** |

Good cause not shown, the parties' stipulation to enlarge time for filing the opposition to and reply in support of the pending motion to dismiss is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 9, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE