United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRU K. HSU, individually and as Trustee of the Darru K. Hsu and Gina T. Hsu Living Trust U / A05 / 05 / 03, also known as Ken,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBS FINANCIAL SERVICES, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 11-02076 WHA<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS** |

Given that plaintiff has filed an amended complaint, defendant's motion to dismiss the original complaint is **DENIED AS MOOT**, and the August 11 hearing is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 21, 2011.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE