IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRU K. "KEN" HSU, individually and as a trustee of the DARRU K. HSU AND GINA T. HSU LIVING TRUST, and on behalf of all others similarly situated,

Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.,

Defendant.

No. C 11-02076 WHA

**NOTICE TO CLERK TO CLOSE CASE**

On August 5, an order granted defendant's motion to dismiss plaintiff's first amended complaint. It stated that plaintiff may move for leave to file an amended complaint within fourteen calendar days of the date of the order, and that "[i]f such motion is not filed by the deadline, this case will be closed." No motion was filed by the deadline. Therefore, **THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE