VAL D. HORNSTEIN (SBN 133726)
E-mail: Val@HornsteinLaw.com
MATTHEW R. HARRISON (SBN 267477)
E-mail: MHarrison@HornsteinLaw.com
HORNSTEIN LAW OFFICES, Prof. Corp.
235 Pine Street, 13th Floor
San Francisco, CA 94104
Tele: (415) 454-1490
Facsimile: (415) 788-6929

Attorneys for Plaintiff/Appellant and
Putative Class



FILED
2011 SEP -6 A 11:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRU K. "KEN" HSU, INDIVIDUALLY, AND AS TRUSTEE OF THE DARRU K. HSU AND GINA T. HSU LIVING TRUST U/A05/05/03, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC., and DOES 1-50,<br><br>Defendants. | Case No. 3:11-cv-02076-WHA<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Plaintiff DARRU K. "KEN" HSU, INDIVIDUALLY, AND AS TRUSTEE OF THE DARRU K. HSU AND GINA T. HSU LIVING TRUST U/A05/05/03 ("Plaintiff") individually and on behalf of a class of all others similarly situated appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendant's Motion to Dismiss First Amended Class Action Complaint and Vacating hearing, entered in this action on August 5, 2011.

Dated: September 6, 2011

HORNSTEIN LAW OFFICES, Prof. Corp.

By: _____
VAL D. HORNSTEIN

Attorneys for Plaintiff/Appellant and
Putative Class