IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRU K. "KEN" HSU, individually and as a trustee of the DARRU K. HSU AND GINA T. HSU LIVING TRUST, and on behalf of all others similarly situated,

Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.,

Defendant.

No. C 11-02076 WHA

**NOTICE RE PLAINTIFF'S DEADLINE TO OPPOSE DEFENDANT'S MOTION TO EXTEND TIME**

Today, defense counsel filed a motion to extend time so that they may have until March 3 to oppose plaintiff's Rule 60 motion. This comes after defense counsel admittedly missed their February 13 deadline to file their opposition.

Under Civil Local Rule 6-3(b), plaintiff can oppose defendant's present motion to extend time. Plaintiff is not required to file such an opposition, but should he choose to do so, he should take note that his opposition should be no more than five pages and is due by **5 PM ON FEBRUARY 18, 2014**. Only after that deadline has passed can the undersigned judge determine defendant's motion to extend time. *See* Rule 6-3(d). Defense counsel, however, should be aware that it is unlikely that their request for an extension will be granted in its entirety.

Dated: February 14, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE