IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRU K. "KEN" HSU, individually and as a trustee of the DARRU K. HSU AND GINA T. HSU LIVING TRUST, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBS FINANCIAL SERVICES, INC.,<br><br>Defendant. | No. C 11-02076 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO CORRECT** |

Today, plaintiff Darru K. "Ken" Hsu's filed a motion to correct the February 19 order, which granted in part and denied in part defendant's motion to extend an opposition deadline (Dkt. Nos. 63, 64). While plaintiff did state — in a motion for default judgment — that there are "no justifiable reasons" or "truthful causes" for defense counsel missing their opposition deadline, there were other reasons underlying the February 19 order. Indeed, that order already agreed with plaintiff in finding that defense counsel had not shown good cause, but nonetheless extended defendant's opposition deadline to two days from now. As such, plaintiff's motion to correct the February 19 is **GRANTED IN PART AND DENIED IN PART**. The February 19 order will be corrected, but only to the extent that the last sentence of that order's first paragraph (at lines 21–22) is stricken.

**IT IS SO ORDERED.**

Dated: February 19, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE